IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Heather Ricks, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00667 |
| v. | : | Judge Watson |
| Powell Law Office, P.C., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

This case has been reported as settled. Counsel are DIRECTED to file a status report within thirty (30) days of the date of this Order. The Settlement Week mediation set for March 13, 2012 is CANCELLED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Ritchey Hollenbaugh, Esq., 366 East Broad Street, Columbus, Ohio 43215.

s/ Mark R. Abel
United States Magistrate Judge