## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| HEATHER RICKS, | ) | |
| | ) | Case No. 2:11-cv-667 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| POWELL LAW OFFICE, P.C., | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Now come the Plaintiff, HEATHER RICKS, and the Defendant, POWELL LAW OFFICE, P.C., and hereby advise the Court that they have stipulated that this matter shall be dismissed *without* prejudice.

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
david@luxenburglevin.com

/s/ Jeffrey C. Turner
Jeffrey C. Turner (0063154)
Jennifer A. Kirby (0080619)
Attorneys for Defendant
Surdyk, Dowd & Turner Co., L.P.A
One Presige Place
Suite 700
Miamisburg, OH 45324
(937) 222-2333 (phone)
(937) 222-1970 (facsimile)
jturner@sdtlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2012, a copy of the foregoing Notice of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ David B. Levin
David B. Levin (0059340)